# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 19-3045

———————————————

United States of America

*Plaintiff - Appellee*

v.

Timothy Andrew Kluck

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

——————————

Submitted: May 7, 2020
Filed: May 13, 2020
[Unpublished]

——————————

Before BENTON, SHEPHERD, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Timothy Andrew Kluck appeals after he pled guilty to two counts of possessing an unregistered firearm, and the district court[1] sentenced him to a within-Guidelines

———————————

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

prison term. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After carefully reviewing the record, this court concludes that the district court did not abuse its discretion by imposing a sentence within the advisory range, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); *see also United States v. Munz*, 780 F.3d 1199, 1200-01 (8th Cir. 2015) (per curiam).

This court has independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and has found no nonfrivolous issues for appeal.

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____